JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| TYLAN LIONEL GREGORY, | ) | No. CV 11-05751-JVS (VBK) |
|---|---|---|
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| RICK M. HILL, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED:  May 13, 2013

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE